```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


ANDREW DAVID WETZEL                          CIVIL ACTION

VERSUS                                       NO: 12-1550

LOUISIANA DEPARTMENT OF                      SECTION: "A" (2)
CORRECTIONS, ET AL.
```

**ORDER**

Before the Court are Defendants' **Objections to Report and Recommendation (Rec. Doc. 80)**, which were noticed for submission on December 5, 2012.  The objections are premised on Defendants' contention that Plaintiff did not properly exhaust his administrative remedies <u>prior</u> to filing suit.  Defendants also contend that Plaintiff never exhausted at any time his claims pertaining to medical and psychological treatment.  According to Defendants, the magistrate judge therefore should have recommended that their motion for summary judgment be granted in its entirety.

The Court agrees with the magistrate judge's disposition of the exhaustion issue because like the magistrate judge, the Court is persuaded that dismissing the complaint at this juncture would be a useless act that serves form over substance.  (Report and Recommendation, at 39).  However, during the pendency of Defendants' objection the Fifth Circuit released <u>Gonzalez v. Seal</u>, No. 11-31068, -- F.3d --, 2012 WL 6176482, at *2-3 (Dec. 12, 2012), which unequivocally holds that the prisoner must exhaust

administrative remedies prior to filing suit under pain of dismissal.  Id.  Further, the district court has no discretion to excuse a prisoner's failure to properly exhaust before filing the complaint.  In the absence of such exhaustion dismissal is mandatory.  Id.

In this case Plaintiff's administrative claims were not fully exhausted until after the complaint was filed, albeit very shortly thereafter.  It is not clear when the related medical and psychological treatment claims were exhausted, if at all.  Although this Court finds dismissal at this stage to be a wasteful and inefficient act, unfortunately the Gonzalez decision seems to compel such a draconian result.  The decision leaves the Court with no choice but to dismiss the complaint on Defendants' motion.

Accordingly;

**IT IS ORDERED** that Defendants' **Objections to Report and Recommendation (Rec. Doc. 80)** and **Motion for Summary Judgment (Rec. Doc. 53)** are **GRANTED**.  The complaint is **DISMISSED** without prejudice due to Plaintiff's failure to properly exhaust administrative remedies prior to filing suit;

**IT IS FURTHER ORDERED** that Plaintiff's motions **(Rec. Docs. 11, 27, & 64)** are **DENIED**.

December 20, 2012

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE